UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

JASON DAVID LINGO,

    Petitioner,

    v.

UNITED STATES OF AMERICA,

    Respondent.

Case No. 09-cv-847-JPG

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered decisions thereon,

IT IS HEREBY ORDERED AND ADJUDGED that Petitioner Jason David Lingo's motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 is denied, that judgment is entered in favor of Respondent United States of America and against Petitioner Jason David Lingo, and that this case is dismissed with prejudice.

**DATED: December 2, 2010**

    **NANCY ROSENSTENGEL, Clerk**

    **By:s/Deborah Agans, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
    **J. PHIL GILBERT**
    **DISTRICT JUDGE**